UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

```
TIME AFTER TIME
MANUFACTURING    Plaintiff,

        v.

UNITED STATES,
                 Defendant.
```

**S U M M O N S**

Court No. 23-00235

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | Los Angeles | Center (if known): | CPMM |
| Protest Number: | 2704-22-163754 | Date Protest Filed: | 12/28/2022 |
| Importer: | Time After Time Manufacturing | Date Protest Denied: | 5/10/2023 |
| Category of Merchandise: | cart posts | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 55507002842 | 7/15/2022 | 11/11/2022 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Stein Shostak Shostak Pollack & O'Hara, LLP 865 S. Figueroa St., Ste. 1388
Los Angeles, CA 90017
Tel: (213)630-8888  E-mail: kowens@steinshostak.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| cart posts | 7216.91.0010 and 9903.88.03 | 0% plus 25% 301 duty | 9817.00.5000 9403.20.0090 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: . Customs denied the protest on the basis that the cart posts do not qualify for duty free treatment under HTSUS 9817.00.50.

The issue which was common to all such denied protests:

Whether the cart posts qualify for duty free treatment under HTSUS 9817.00.50

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Kayla Owens
Signature of Plaintiff's Attorney

November 6, 2023
Date